**THE LAW OFFICES OF**
**ALLAN W. JENNINGS, JR., ESQ.**
ATTORNEYS AT LAW
214-11 Northern Boulevard, Bayside, NY 11361
385 West John Street, Hicksville, NY 11801
263 Tresser Boulevard, Stamford, CT 06901
(917) 692-9790  (203) 290-0848
E-mail: JENNINGSLAWS@GMAIL.COM

**Hon. Allan W. Jennings, Jr.,**
(NYC Council 2001-2005)*☆!$#

*Admitted in Connecticut
†Admitted in New Jersey
**Admitted in New York
☆Admitted in US District Connecticut
!Admitted in US Eastern District NY
$Admitted in US Southern District NY
# Officer in US Coast Guard Auxiliary

**OF COUNSEL**

**Joseph R. Bongiorno**†!$
**Christopher Brenes***
**Daniel Kogan****!$
**Grant Lally***☆**!$
**John J. Napolitano****!$
**Dennis J. Ring ****!$

November 1, 2021

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

    Re:    Khan v. Amazing Store & Smoke Shop, Inc. et al.   Index No. 21-cv-6148

Dear Judge Gorenstein:

This law office represents the Defendants Amazing Store & Smoke Shop, Inc. and Mohammad Salim Sheikh in the above-referenced action and write jointly with counsel for the Plaintiff Muhammad Aslam Khan to respectfully request for an adjournment of the settlement conference on November 8, 2021 to be moved to November 29, 2021.  My client has been ill since October 18, 2021 till this date.

Thank you for your kind consideration of this matter.

Respectfully Submitted,

Law Office of Allan W. Jennings, Jr.,                            Pervez & Rehman, P.C.

\_\_\_\_\_/s/_____/s/_____
Allan W. Jennings, Jr., Esq.                                               Aneeba Rehman, Esq.
*Attorney for Defendants*                                                     *Attorney for Plaintiff*
*Amazing Store & Smoke Shop, Inc.*
*and Mohmmad Salim Sheikh*

**PLEASE RESPOND TO THE BAYSIDE, NY OFFICE**

Application granted. Settlement conference adjourned to November 29, 2021, at 10:00 a.m. Submissions are due November 19, 2021.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 2, 2021