# THE LAW OFFICES OF
# ALLAN W. JENNINGS, JR., ESQ.
**ATTORNEYS AT LAW**
214-11 Northern Boulevard, Bayside, NY 11361
385 West John Street, Hicksville, NY 11801
263 Tresser Boulevard, Stamford, CT 06901
(917) 692-9790  (203) 290-0848
E-mail: JENNINGSLAWS@GMAIL.COM

**Hon. Allan W. Jennings, Jr.,**
(NYC Council 2001-2005)*☆*!$#

*Admitted in Connecticut
†Admitted in New Jersey
**Admitted in New York
☆Admitted in US District Connecticut
!Admitted in US Eastern District NY
$Admitted in US Southern District NY
# Officer in US Coast Guard Auxiliary

**OF COUNSEL**

Joseph R. Bongiorno**†!$
Christopher Brenes*
Daniel Kogan**!$
Grant Lally*☆**!$
John J. Napolitano**!$
Dennis J. Ring **!$

November 23, 2021

MEMORANDUM ENDORSED

**Via ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Khan v. Amazing Store & Smoke Shop, Inc. et al.  Index No. 21-cv-6148

Dear Judge Gorenstein:

This law office represents the Defendants Amazing Store & Smoke Shop, Inc. and Mohammad Salim Sheikh in the above-referenced action and write to respectfully request for an adjournment of the settlement conference on November 29, 2021 to be moved to December 13, 2021 or December 20, 2021.

Thank you for your kind consideration of this matter.

Respectfully Submitted,

Law Office of Allan W. Jennings, Jr.,

_____/s/_____
Allan W. Jennings, Jr., Esq.
*Attorney for Defendants*
*Amazing Store & Smoke Shop, Inc.*
*and Mohmmad Salim Sheikh*

**PLEASE RESPOND TO THE BAYSIDE, NY OFFICE**

While the conference cannot proceed on November 29, 2021, the within application denied as not in compliance with the instructions in Docket # 18 and because the Court is not available on the proposed date.  Mr. Jennings shall (1) file a proper application for an adjournment by November 24, 2021, and (2) separately file a letter by December 6, 2021, explaining why Mr. Jennings should not be sanctioned for (a) failing to comply with the deadline for filing the settlement submission contained in Docket # 18 or seek a timely adjournment and (b) failing to comply with the portion of paragraph 8 of the Standing Order in Cases Referred for Settlement (contained in Docket # 18) that requires that "[i]f counsel becomes aware of the need or potential need for a change in the date of the conference, counsel must make an application for the change as soon as counsel is aware of such need."  The Court notes that it represents a great inconvenience to the Court to have been required to hold a large block of time for a conference only to be forced to cancel it at the last moment.  This block of time was not available for the scheduling of other important matters that required the attention of this Court. This Order has no effect on the deadlines contained in the Case Management Plan and Scheduling Order (Docket # 8).

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 23, 2021