**THE LAW OFFICES OF**
**ALLAN W. JENNINGS, JR., ESQ.**
ATTORNEYS AT LAW
214-11 Northern Boulevard, Bayside, NY 11361
385 West John Street, Hicksville, NY 11801
263 Tresser Boulevard, Stamford, CT 06901
(917) 692-9790  (203) 290-0848
E-mail: JENNINGSLAWS@GMAIL.COM

**Hon. Allan W. Jennings, Jr.,**
(NYC Council 2001-2005)*☆!$#

*Admitted in Connecticut
†Admitted in New Jersey
**Admitted in New York
☆Admitted in US District Connecticut
!Admitted in US Eastern District NY
$Admitted in US Southern District NY
# Officer in US Coast Guard Auxiliary

**OF COUNSEL**

Joseph R. Bongiorno**†!$
Christopher Brenes*
Daniel Kogan**!$
Grant Lally*☆**!$
John J. Napolitano**!$
Dennis J. Ring **!$

November 24, 2021

MEMORANDUM ENDORSED

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Khan v. Amazing Store & Smoke Shop, Inc. et al.   Index No. 21-cv-6148

Dear Judge Gorenstein:

This law office represents the Defendants Amazing Store & Smoke Shop, Inc. and Mohammad Salim Sheikh in the above-referenced action and write jointly with counsel for the Plaintiff Muhammad Aslam Khan to respectfully request for an adjournment of the settlement conference on November 29, 2021. I have spoken to Plaintiff's counsel and advised that I have been having difficulty communicating with my client. I finally was able to reach him yesterday.

After discussing this in further detail with my client, I believe it is in all the parties best interest to adjourn this conference to a future to time and date when all parties are truly ready to settle.

We do wish to proceed with mediation eventually but after engaging in some additional discovery/depositions and therefore, we do not have a suggested date at this time. We request that you allow us to contact the Court in the future for a new settlement date when we are all ready.

**PLEASE RESPOND TO THE BAYSIDE, NY OFFICE**

Thank you for your kind consideration of this matter.

Respectfully Submitted,

| | |
|---|---|
| Law Office of Allan W. Jennings, Jr., | Pervez & Rehman, P.C. |
| _____/s/_____ | _____/s/_____ |
| Allan W. Jennings, Jr., Esq. | Aneeba Rehman, Esq. |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| *Amazing Store & Smoke Shop, Inc.* | |
| *and Mohmmad Salim Sheikh* | |

The parties shall file a letter on ECF as soon as both sides are prepared to participate in a settlement conference.  The letter shall include proposed dates and times.  The Court reminds the parties that the adjournment of the settlement conference has no effect on the deadlines contained in the Case Management Plan and Scheduling Order (Docket # 8).

On the issue of sanctions (Docket # 22), the Mr. Jennings' response (Docket # 24) fails to show that his conduct in ignoring court-ordered deadlines --- most notably, in not timely making the submissions required by Docket # 18 and in not timely seeking an adjournment -- was excusable.  However, the Court will not issue a sanction at this time but will instead consider such conduct in the event there are any further violations of court-related obligations.

 So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 30, 2021

**PLEASE RESPOND TO THE BAYSIDE, NY OFFICE**