```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 01/03/2022          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                        :

MUHAMMAD ASLAM KHAN,           :
            :
      Plaintiff,       :
            :      21-cv-6148 (LJL)
    -v-         :
            :      ORDER
AMAZING STORE & SMOKE SHOP INC. et al,  :
            :
      Defendants.     :
            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court today held a telephonic hearing in this case related to Dkt. Nos. 41–42. This order memorializes the deadlines discussed at the hearing.

      By January 7, 2022, Defendant Sheikh is hereby ordered to provide Plaintiff's counsel with the telephone number of his wife, Saleha Sheikh.

      Plaintiff's motion for sanctions is due on January 17, 2022, and Defendants' opposition is due on January 31, 2022.

      Any motion to compel the production of documents or responses to discovery is also due on January 17, 2022.

      Defendants' time to answer the amended complaint and respond to Plaintiff's request for admissions is extended to January 24, 2022, giving Defendants' counsel, in effect, the three-week stay he has requested.

      The deadline for the completion of depositions and all discovery, including document discovery, is extended to February 4, 2022.

      The deadline for Plaintiff's collective action motion is extended to February 7, 2022.

      Any application by Defendants to adjourn the deposition currently scheduled for January 7, 2022 shall be filed no later than the close of business on January 5, 2022 and, after Defendants confirm the date with the witness and Plaintiff's counsel, shall provide a date certain after January 24, 2022 and before January 28, 2022 for that witness to testify (which will be "so ordered" by the Court). In the absence of a Court Order to the contrary, the deposition shall proceed as scheduled. Assuming that the deposition takes place on January 7, 2022, at Defendants' request, Plaintiff shall provide a Zoom link to the deposition for Defendants'

counsel so that Defendants' counsel can participate in the deposition remotely.

The post-discovery status conference previously set for February 25, 2022 at 3:00 p.m. will remain on the calendar. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The Clerk of Court is respectfully directed to close Dkt. No. 41.

SO ORDERED.

Dated: January 3, 2022
        New York, New York

_____
          LEWIS J. LIMAN
          United States District Judge