```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MUHAMMAD ASLAM KHAN,                                             :
                                                                 :
                         Plaintiff,                              :
                                                                 :      21-cv-6148 (LJL)
            -v-                                                  :
                                                                 :         ORDER
AMAZING STORE & SMOKE SHOP INC., et al.,                         :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a hearing on Plaintiff's motion for sanctions, default judgment, and motion to compel, Dkt. No. 52, on July 26, 2022 at 10:00 a.m. Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: July 11, 2022  
       New York, New York

                                                      LEWIS J. LIMAN  
                                          United States District Judge