```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MUHAMMAD ASLAM KHAN,                                               :
:
                Plaintiff,                                :
:      21-cv-6148 (LJL)
      -v-                                                         :
:      ORDER
AMAZING STORE & SMOKE SHOP INC., et al.,                           :
:
                Defendants.                               :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a hearing today on Plaintiff's motion for sanctions and default judgment, motion to compel, and motion for leave to amend the complaint. The Court's rulings were made on the record at the hearing.

      This Order memorializes the deadlines set at the hearing for the convenience of the parties and the Court.

      Defendants shall amend their Rule 26 disclosures by August 12, 2022.

      Defendants shall amend their responses to interrogatories 3 and 5 by August 12, 2022.

      Plaintiff shall file a request for reasonable attorneys' fees and costs, as granted by the Court at the hearing, by August 10, 2022. Defendants shall file a response by August 18, 2022. Plaintiff may file a reply by 9:00 a.m. on August 22, 2022.

      Plaintiff shall have until August 26, 2022 to file an amended complaint.

      The deposition of defendant Mohammad Salim Sheikh for testimony under Rule 30(b)(1) and 30(b)(6) shall take place on September 12, 2022 beginning at 9:30 a.m. and continuing that day until concluded at a location to be selected by Plaintiff and shall adhere to the directions set forth by the Court at the hearing. Defendants have until one week before the deposition to cure any deficiencies in terms of document production.

      All discovery shall be completed no later than November 18, 2022.

      The post-discovery status conference is scheduled for November 29, 2022 at 2:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

Any motions for summary judgment must be filed no later than <u>December 9, 2022</u>.

The Clerk of Court is respectfully directed to close Dkt. No. 52.

SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                              LEWIS J. LIMAN
                                     United States District Judge