```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MUHAMMAD ASLAM KHAN, :
:
                Plaintiff, :
: 21-cv-06148 (LJL)
   -v- :
: ORDER
AMAZING STORE & SMOKE SHOP INC., YOGI'S :
NEWSTAND, and MOHAMMAD SALIM SHEIKH, :
:
                Defendants. :
X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      By oral and written order of August 3, 2022, the Court awarded Plaintiff its reasonable expenses in connection with its motion to compel and in connection with the depositions that Defendant Mohammed Salim Sheikh failed to attend. Fed. R. Civ. P. 37(a)(5), 37(d)(3). The Court set deadlines for Plaintiff to submit its reasonable expenses and for Defendants to respond. Dkt. No. 60. Plaintiff has submitted invoices demonstrating that it incurred reasonable fees of $5,840.65 plus expenses of $1,505 for a total of $7,346.15 in connection with the deposition and the motion to compel. Dkt. No. 61. In addition, Plaintiff incurred a cost of $312 for the transcript of the August 3 hearing. Dkt. No. 62. Accordingly, it is ORDERED that Defendants jointly and severally shall pay Plaintiff $7,658.15, due by September 6, 2022.

      Plaintiff further informs that Defendants have failed to provide amended disclosures and amended interrogatory responses by August 12 as ordered by the Court. Plaintiff may move for contempt sanctions if Defendants fail to remedy their violation of the Court's order by August 26, 2022.

      SO ORDERED.

Dated: August 23, 2022                 _____
      New York, New York                     LEWIS J. LIMAN
                                                     United States District Judge