UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MUHAMMED ASLAM KHAN, on behalf of himself,
FLSA Collective Plaintiffs and the Class Members,

                          Plaintiffs,                Docket No.: 21-cv-6148

           -against-
AMAZING STORE & SMOKE SHOP INC., YOGI'S NEWSTAND
MOHAMMAD SALIM SHEIKH, SALEHA DADABHAI
SHEIKH, RELISH SHAH aka RALLIES SHAH, AMAZING
WIRELESS & SMOKE INC., and AMAZING 21 WIRELESS
AND ELECTRONICS, INC.

                         Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED that this action against Amazing Store & Smoke Shop, Inc. and Mohammad Salim Sheikh has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: April 19, 2023

_____
Pervez & Rehman, P.C.
Aneeba Rehman
6268 Jericho Turnpike, Ste 8
Commack, NY 11725

_____
The Law Office of Allan W. Jennings, Jr.
Allan Jennings
214-11 Northern Boulevard
Bayside, NY 11361

So Ordered:

_____
5-1-23